FILED

09 SEP -1 PM 1: 24

[Clerk US District Court stamp] 

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

CV 09 80234 MISC   VRW

Jane Catherine Malich - #101012

_____/

**ORDER TO SHOW CAUSE**

It appearing that Jane Catherine Malich has been enrolled as an inactive member of the State Bar of California pursuant to Rule 9.31 of the California Rules of Court and that she may not practice law while so enrolled effective July 1, 2009,

**IT IS ORDERED**

That respondent show cause in writing on or before October 1, 2009 as to why she should not be suspended from practice before this Court.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Jane Catherine Malich
Office of Attorney General
300 South Spring Street
Los Angeles, CA 90013

United States District Court
For the Northern District of California